IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRITAIN MOORE, as parent and legal guardian
of Jashanti Davis, a minor                                              PLAINTIFF

v.                              No. 4:14-cv-147-DPM

SAUL LUSKS, Superintendent of the Lee
County School District; WILLIE MURDOCK,
Assistant Superintendent of the Lee County
School District; MILTON HALL, Member of the Lee
County School Board; ELIZABETH JOHNSON, Member
of the Lee County School Board; LAFAYETTE SMITH,
Member of the Lee County School Board; VICTORIA
PERRY, Member of the Lee County School Board;
DAVID WALDRIP, Member of the Lee County School
Board; KENDALL GRAY, Member of the Lee County
School Board, All in Their Official and Individual
Capacities; FRACHINE COOPER, Individually and as
an Agent of the Lee County School District; and
VIRGINIA STONE, Individually and as an Agent
of the Lee County School District                                      DEFENDANTS

ORDER

The Court would appreciate an expedited response to Defendants' motion in limine, № 37, by 19 January 2016, so we can cover those issues at the pretrial. The Court also wonders about subject matter jurisdiction, and would like to hear from the parties about that at the, too. If Moore intends to move in limine on any issue, she should do so by January 19th. And Defendants should be prepared to respond orally at the pretrial.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

14 January 2016