IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRITAIN MOORE, Individually, and
as parent and legal guardian
of Jashanti Davis, a minor                                                          PLAINTIFF

v.                              No. 4:14-cv-147-DPM

SAUL LUSKS, Superintendent of the Lee
County School District; WILLIE MURDOCK,
Assistant Superintendent of the Lee County
School District; MILTON HALL, Member of the Lee
County School Board; ELIZABETH JOHNSON, Member
of the Lee County School Board; LAFAYETTE SMITH,
Member of the Lee County School Board; VICTORIA
PERRY, Member of the Lee County School Board;
DAVID WALDRIP, Member of the Lee County School
Board; KENDALL GRAY, Member of the Lee County
School Board, All in Their Official and Individual
Capacities; FRANCILE COOPER, Individually and as
an agent of the Lee County School District; and
REGINA STONE, Individually and as an agent
of the Lee County School District                                               DEFENDANTS

JUDGMENT

The amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2016